**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00148-cma

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN ANTONIO CHAMALE-SURUY,

    Defendant.

**ORDER VACATING TRIAL DATES AND SETTING
CHANGE OF PLEA HEARING AND SENTENCING**

In response to the Notice of Disposition and Request [Motion] for Immediate Sentencing (Doc. # 21) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for May 29, 2009 and the two-day jury trial set to commence on June 15, 2009 are VACATED.  It is

FURTHER ORDERED that the motion is GRANTED.  A Change of Plea Hearing and immediate sentencing in this matter is set for **May 20, 2009 at 1:30 p.m.,** in Courtroom A602 of the Arraj Courthouse.  The Court has set aside 90 minutes for this hearing.

Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on**

**May 18, 2009**.  <u>If these documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED:  May   5  , 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge