**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00148-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JUAN ANTONIO CHAMALE-SURUY,

      Defendant.

---

**ORDER TO RESCHEDULE CHANGE OF PLEA HEARING
AND SENTENCING**

---

      Pursuant to a telephone conference between counsel and Chambers staff, the

Change of Plea Hearing and immediate sentencing in this matter set for May 20, 2009

at 1:30 p.m., is RESCHEDULED for May 20, 2009 **at 10:00 a.m.**

      DATED:  May   6  , 2009

                                    BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge